Dennis Raybould
P.O. Box 241
Florence, OR 97439
(541) 997-1311

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

2017 NOV -2 PM 12:05

LODGED_____ REC'D Knd
PAID_____ DOCKETED_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF OREGON

In re:                             Case No.: 17-61464-tmr-13

Dennis Raybould,

    Debtor.

Comes now Debtor and appeals under 28 U.S.C. § 158 (b) from the order of Bankruptcy Judge Thomas M. Renn:

[71] Dismissal of case, entered on October 20, 2017.

The names of all parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

All Chase Defendants
c/o Kevin H. Kono
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland OR 97201-5610

LVNV Funding, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

U.S. Bank National Association
c/o Jesse A.P. Baker
PO Box 17933
San Diego, CA 92177-0933

Dated: November 1, 2017    _____
                           Dennis Raybould 


CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date last written below I served a true copy of the foregoing on the following parties by U.S. first class mail:

Chapter 13 Trustee
Naliko Markel
PO Box 467
Eugene OR 97440

US Trustee, Eugene
405 E 8th Avenue #1100
Eugene, OR 97440-2728

All Chase Defendants
c/o Kevin H. Kono
DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland OR 97201-5610

LVNV Funding, LLC
c/o Resurgent Capital Services
PO BOX 10675
Greenville, SC 29603-0675

U.S. Bank National Association
c/o Jesse A.P. Baker
PO Box 17933
San Diego, CA 92177-0933


Dated: November 1, 2017    _____
                           Dennis Raybould

NOTICE OF APPEAL                                                         2

Case 17-61464-tmr13    Doc 79    Filed 11/02/17

**Below is an order of the Court.**

*[signature]*
U.S. Bankruptcy Judge

OD2 (6/29/12) mer

**UNITED STATES BANKRUPTCY COURT
District of Oregon**

In re
**Dennis Raybould,** xxx-xx-4511
Debtor(s)

Case No. **17-61464-tmr13**

ORDER OF DISMISSAL
AND ADMINISTRATIVELY
CLOSING CASE

The Court finding that:

Based on the findings as stated on the record including debtor's lack of progress in filing tax returns, the failure to bring plan payments current, the debtor's representations that the credit counseling was not done until after the bankruptcy filing;

**IT IS ORDERED** that:

1. This case is dismissed; this case is closed, but only for administrative purposes; and the court shall retain jurisdiction over any adversary proceeding pending at the time of closure.

2. Any trustee (except any Chapter 7 trustee who has already filed a "no asset" inventory and report, and who has not subsequently collected any estate assets) must file any final account as required by Local Rule 2015-1, and upon filing any such final account and any additional final report or account required by the UST the trustee shall, without further court order, be discharged as trustee of the debtor's estate.

3. Any unpaid filing fees are now due and owing. The court will not entertain a motion to reopen this case, or a motion for reconsideration of this order, unless all unpaid fees are paid.

4. Dismissal of the case does not reinstate any transfer avoided by a Chapter 12 or 13 trustee under 11 USC §§544, 547, 548 or 549 to the extent the trustee has received and disbursed proceeds of avoided transfers pursuant to a confirmed Chapter 12 or 13 plan.

5. No further payments will be made to creditors by a trustee; the Bankruptcy Code provisions for an automatic stay of certain acts and proceedings against the debtor(s) and co-debtors and their property are no longer in effect; and creditors should now look directly to the debtor(s) for satisfaction of any balances owing upon their claims.

6. Any previously entered order directing Chapter 13 payments to a trustee is terminated **AND THE DEBTOR'S EMPLOYER (OR OTHER NAMED PARTY) SHOULD DISCONTINUE MAKING PAYMENTS TO THE TRUSTEE.**

###

Case 17-61464-tmr13    Doc 79    Filed 11/02/17